UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

David Soprych
                              Plaintiff,

v.                                                  Case No.: 1:08−cv−02297
                                                            Honorable Milton I. Shadur

AFF Enterprises, Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 24, 2008:

       MINUTE entry before Judge Honorable Milton I. Shadur:Enter Memorandum Order. Accordingly, this Court strikes the Complaint sua sponte, with leave being granted to file a Rule−compliant Amended Complaint on or before May 5, 2008. If that is done, this Court will promptly issue its customary initial scheduling order. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.