2066005GX5

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DAVID SOPRYCH, individually and on behalf of a class, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:08-cv-02297 |
| | ) Honorable Milton I. Shadur |
| AFF ENTERPRISES, INC. and AMSTADT FINER FOODS, INC., | ) ) ) |
| Defendants. | ) |

### EXHIBIT A TO AMENDED COMPLAINT – CLASS ACTION

NOW COMES the Plaintiff, individually and on behalf of a class, and hereby submits the attached exhibit as Exhibit A to the Amended Complaint – Class Action.

CRAY HUBER HORSTMAN HEIL
& VanAUSDAL LLC

s/John P. Palumbo
John P. Palumbo

John P. Palumbo
CRAY HUBER HORSTMAN HEIL
 & VanAUSDAL LLC
Attorneys for Plaintiff
303 West Madison Street, Suite 2200
Chicago, IL 60606
(312) 332-8450
(312) 332-8451 (facsimile)
jpp@crayhuber.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2008, a copy of the foregoing **EXHIBIT A TO AMENDED COMPLAINT – CLASS ACTION** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.

# Mailing Information for a Case 1:08-cv-02297

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **John P Palumbo**
  jpp@crayhuber.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`

                                                                    CRAY HUBER HORSTMAN HEIL
                                                                    & VanAUSDAL LLC

                                                                    s/John P. Palumbo
                                                                        John P. Palumbo

John P. Palumbo
CRAY HUBER HORSTMAN HEIL
 & VanAUSDAL LLC
Attorneys for Plaintiff
303 West Madison Street, Suite 2200
Chicago, IL 60606
(312) 332-8450
(312) 332-8451 (facsimile)
jpp@crayhuber.com

```
           AMSTADT'S FINER FOODS
            28 S. VAN BUREN ST.
               630-761-9690

                                    CRYSTAL
   0000 01 01001903 04/07/08  9:00pm 047
       IAMS 20# SENIOR         $19.95    T

              SUBTOTAL          $19.95
           SALES TAX 2           $1.50
                 TOTAL          $21.45

           MASTER CARD          $21.45
   EXP: ▮▮▮▮

   04/07/08  20:59
   AUTH #   007401
   SEQ # 00048551
   LID # 22130401
                CHANGE           $0.00
    # OF ITEMS: 1

       OPEN 7 A.M. 7 DAYS A WEEK
```

EXHIBIT A