U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                    Case Number: 08 CV 02297

DAVID SOPRYCH, individually and on behalf of a class,
v.
AFF ENTERPRISES, INC. and AMSTADT FINER FOODS, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF, DAVID SOPRYCH

| | |
|---|---|
| **NAME (Type or print)**<br>Jennifer L. Tweeton | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/ Jennifer L. Tweeton | |
| **FIRM**<br>Cray Huber Horstman Heil & VanAusdal LLC | |
| **STREET ADDRESS**<br>303 W. Madison Street, Suite 2200 | |
| **CITY/STATE/ZIP**<br>Chicago, Illinois 60606 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>6285225 | **TELEPHONE NUMBER**<br>(312) 332-8450 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |