2066005GX5

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| DAVID SOPRYCH, individually and on behalf of a class, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No.   08 C 2297 |
| AFF ENTERPRISES, INC., and AMSTADT FINER FOODS, INC., ) ) ) | Judge Shadur |
| Defendants. ) | |

### PLAINTIFF'S NOTICE OF VOLUNTARY
### DISMISSAL PURSUANT TO RULE 41

Plaintiff David Soprych, by and through his attorneys, moves this Honorable Court pursuant to Federal Rule of Civil Procedure 41(a)1(i) for an order dismissing this matter without prejudice. In support, plaintiff states:

1.  Plaintiff David Soprych filed this action to secure redress for a willful violation by defendants AFF Enterprises, Inc. and Amstadt Finer Foods, Inc. of the Fair and Accurate Credit Transactions Act amendment to the Fair Credit Reporting Act, 15 U.S.C. §§1681 *et seq.*

2.  Since that time, there has been a modification of the law that significantly alters plaintiff's ability to pursue a claim for a willful violation against defendants under 15 U.S.C. §§1681 *et seq.*

3.  Defendants have filed neither an answer to the complaint nor a motion for summary judgment.

1

2

WHEREFORE, plaintiff requests that the Court enter an order dismissing this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)1(i).

                                                CRAY HUBER HORSTMAN HEIL
                                                & VanAUSDAL LLC

                                                s/John P. Palumbo
                                                  John P. Palumbo

John P. Palumbo (ARDC# 6231190)
CRAY HUBER HORSTMAN HEIL
 & VanAUSDAL LLC
Attorneys for Plaintiff
303 West Madison Street, Suite 2200
Chicago, IL 60606
(312) 332-8450
(312) 332-8451 (facsimile)
jpp@crayhuber.com