**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

David Soprych
                             Plaintiff,

v.                                                Case No.: 1:08−cv−02297
                                                         Honorable Milton I. Shadur

AFF Enterprises, Inc., et al.
                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 17, 2008:

      MINUTE entry before the Honorable Milton I. Shadur:Civil case terminated. This action is dismissed without pursuant to Rule 41(a)(1)(i). The June 20 status date is vacated.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.